FILED

06/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0158

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0158

_____

RONNIE BURNS, Individually, as an Elector, and a Write-in Candidate for
Musselshell County Sheriff,

Petitioner/Appellee,

v.

SHAWN  L. LESNIK, elected candidate,

Intervenor/Appellant,

_____

**ORDER**

_____

Upon consideration of Appellant's motion for voluntary dismissal of his
Appeal and with no objection from Appellee and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellant's appeal is dismissed each party
to bear his own costs, expenses, and attorney fees.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 9 2021